174 A.3d 511

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MARINA L. BARTLOM, DEFENDANT–PETITIONER.

C–155 September Term 2017
079330

October 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000447–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted; and it is further

ORDERED that the appellant may electronically serve and file a supplemental brief on or before December 11, 2017, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of appellant's supplemental submission, or, if appellant declines to file such a submission, on or before January 25, 2018.